The judgment is reversed, and the cause remanded.

---

### BARTH v. STATE.

(Court of Criminal Appeals of Texas.　April 16, 1913.)

Appeal from District Court, Galveston County; Clay S. Briggs, Judge.

L. Barth was convicted of robbery, and appeals. Affirmed.

C. E. Lane, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. Appellant was convicted of robbery, his punishment being assessed at five years' confinement in the penitentiary.

The record is before us without a statement of facts or bill of exceptions. There is nothing in the motion for new trial that can be considered and intelligently reviewed, in the absence of the statement of facts.

The judgment is affirmed.